IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                    CASE NO. 1:04-cr-00006-MP-AK

SANDY EUGENE JOHNSON,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 439, the Government's Motion to Declare the Plea Agreement Breached by Actions of the Defendant.  In the plea agreement, the defendant agreed "to cooperate fully and truthfully with the United States Attorney and his designated representatives and with agencies identified by the United States Attorney" (doc. 299, p. 3) and during the plea colloquy, defendant was told that failure to be absolutely truthful would result in his plea of guilty standing but his plea agreement being revoked.  As the evidence presented at the hearing on April 15, 2005 showed, while defendant was initially cooperative he has since not been forthcoming  regarding contacts with police, a trip to Orlando, his association with various individuals and in other matters.  Accordingly, the Court grants the motion at doc. 439 and declares the plea agreement breached by the actions of the defendant.

    **DONE AND ORDERED** this  _21st_  day of April, 2005

                          *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge